IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATRICIA THOMPSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-2791-E-BN |
| | § | |
| UKG INC., d/b/a ULTIMATE KRONOS | § | |
| GROUP, | § | |
| | § | |
| Defendant. | § | |

**ORDER DENYING MOTION TO RECONSIDER**
**ORDER GRANTING MOTION TO COMPEL**

Defendant UKG Inc. d/b/a Ultimate Kronos Group ("UKG") timely served additional discovery on Plaintiff Patricia Thompson. *Compare* Dkt. No. 91 at 3, *with* Dkt. No. 97-1.

Because Thompson failed to respond to these requests, UKG filed a motion to compel [Dkt. No. 97] (the "MTC").

The Court granted the MTC on June 11, 2026. *See* Dkt. No. 99. After the order was entered, Thompson filed a response. *See* Dkt. No. 102. The next day she filed a motion to reconsider the order granting the MTC. *See* Dkt. No. 103.

The Court "is free to reconsider and reverse its decision [to grant the MTC] for any reason it deems sufficient, even in the absence of new evidence or an intervening change in or clarification of the substantive law." *Austin v. Kroger Tex., L.P.*, 864 F.3d 326, 336 (5th Cir. 2017) (quoting *Lavespere v. Niagara Mach. & Tool Works, Inc.*, 910 F.2d 167, 185 (5th Cir. 1990) (citing FED. R. CIV. P. 54(b)), *abrogated on other grounds by Little v. Liquid Air Corp.*, 37 F.3d 1069, 1075 n.14 (5th Cir. 1995) (en banc)).

The Court has carefully reviewed Thompson's response and the motion to reconsider and finds no reason to reverse its decision to grant the MTC.

**June 18, 2026** remains Thompson's court-ordered deadline to respond to the discovery requests that UKG served against her on May 6, 2026, as set out in detail in the order granting the MTC [Dkt. No. 99].

SO ORDERED.

DATED: June 12, 2026

 

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE